


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROSS DETTMERING, FRANCIS MANGUBAT, and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | C.A. No. 22-1482-JLH-SRF |
| MICHAEL EICHLER, and all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VBIT TECHNOLOGIES CORP., VBIT MINING LLC, ADVANCED MINING GROUP, DANH CONG VO a/k/a DON VO, PHUONG D VO a/k/a KATIE VO, SEAN TU, JIN GAO, and JOHN DOE INDIVIDUALS 1-10, and ABC COMPANIES 1-10,<br><br>Defendants. | C.A. No. 22-1574-JLH-SRF |

ORDER

[JOINT PROPOSED ORDER] GRANTING JOINT MOTION TO STAY CASE AS TO DEFENDANT PHUONG D. VO

AND NOW, this 30th day of January, 2026, upon consideration of the Notice of Pending Settlement and Joint Motion to Stay Case as to Defendant Phuong D. V, (the "Motion"), it is hereby Ordered that:

1. The Motion is Granted.

2. All remaining deadlines as to Defendant Phuong D. Vo in the above-captioned actions are stayed.

3. Plaintiffs and Defendant Phuong D. Vo shall file a status report on or before March 16, 2026.

_____
United States Magistrate Judge